IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE BAUER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COX ENTERPRISES, INC., a Delaware )<br>corporation; AETNA LIFE INSURANCE )<br>COMPANY, a Connecticut corporation; )<br>and COX ENTERPRISES, INC., )<br>WELFARE BENEFITS PLAN, )<br>)<br>Defendant ) | Case No. 8:14-cv-00324<br><br>**ORDER TO DISMISS DEFENDANT**<br>**WITHOUT PREJUDICE** |

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Defendant Cox Enterprises, Inc. without prejudice (Filing No. 17). The Court being fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, BY THIS COURT, AS FOLLOWS:

1. That Defendant Cox Enterprises, Inc. is hereby dismissed without prejudice from the above captioned matter.

Dated this 24th day of April, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

PREPARED & SUBMITTED BY:

Jennifer Turco Meyer, #23760
Of Dyer Law, P.C., LLO
10730 Pacific Street, #111
Omaha, Nebraska 68114
(402) 393-7529
(402) 391-2289 (Fax)
Jennifer@dyerlaw.com
      -and-
Raymond R. Aranza, #18523
Marks Clare & Richards, L.L.C.
11605 Miracle Hills Drive, Suite 300
Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
raranza@mcrlawyers.com
Attorneys for Plaintiff