IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHELLE BAUER, | ) | Case No. 8:14-CV-00324 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO EXTEND** |
| AETNA LIFE INSURANCE | ) | |
| COMPANY, a Connecticut corporation; | ) | |
| and COX ENTERPRISES, INC., | ) | |
| WELFARE BENEFITS PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the parties' Motion to Extend (Filing No. 77) (1) the meet and confer deadline and (2) the motion for attorney fees deadline ordered by the Court in its Memorandum and Order of September 26, 2016 (Filing No. 76). The Court being fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, BY THIS COURT, AS FOLLOWS:

The deadline for the parties to meet and confer and the deadline for the Plaintiff's motion for attorney fees are hereby extended for thirty (30) days from October 17, 2016 to November 16, 2016.

DATED THIS 17th day of October, 2016.

BY THE COURT:

\_\_s/ Joseph F. Bataillon_____
Honorable Joseph F. Bataillon
Senior United States District Judge

PREPARED & SUBMITTED BY:

Jennifer Turco Meyer, #23760
Of Dyer Law, P.C., LLO
10730 Pacific Street, #111
Omaha, Nebraska 68114
(402) 393-7529
(402) 391-2289 (Fax)
Jennifer@dyerlaw.com
      -and-
Raymond R. Aranza, #18523
Marks Clare & Richards, L.L.C.
11605 Miracle Hills Drive, Suite 300
Omaha, NE 68154-8005
(402) 492-9800
(402) 492-9336 (Fax)
raranza@mcrlawyers.com
Attorneys for Plaintiff