IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE BAUER, an individual;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, AND a Connecticut corporation; and COX ENTERPRISES, INC., WELFARE BENEFITS PLAN,<br><br>　　　　　　Defendants. | 8:14CV324<br><br>ORDER |

　　　　This matter is before the Court on the parties' joint motion to extend the meet and confer deadline and motion for attorney fee deadline, Filing No. 80.  On September 26, 2016 the Court ordered the parties to meet and confer with respect to the calculation of plaintiff's disability benefits due under the policy and to report the court within 21 days of the date of the order, Filing No. 76. The parties have requested two extensions which the Court granted, Filing No. 78 and Filing No. 79.  The current motion is the third request for an extension, citing identical reasons "to complete the review of the voluminous amount of plaintiff's medical records which is necessary to calculate benefits owed under the Order." See Filing No. 80. The Court has reviewed the record and will grant the motion in part.

　　　　IT IS ORDERED that
　　　　1.　　The parties' joint motion to extend is granted in part in that the deadline to meet and confer and file a motion for attorney fees is extended to January 13, 2017.
　　　　2.　　A hearing is set for January 17, 2017 at 1:30pm in the event the parties are unable to resolve the issues.

Dated this 19th day of December, 2016

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge