IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELLE BAUER, an individual; | |
| Plaintiff, | **8:14CV324** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, AND a Connecticut corporation; and COX ENTERPRISES, INC., WELFARE BENEFITS PLAN, | **ORDER** |
| Defendants. | |

Upon notice of settlement given to the undersigned on January 30, 2017, by Heidi Guttau-Fox, counsel for the defendants,

**IT IS ORDERED that**:

1.    On or before **March 1, 2017**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.    Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.    The previously scheduled hearing set for January 31, 2017 is cancelled upon the representation that this case is settled.

Dated this 30th day of January, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge