# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

MICHELLE BAUER,

        Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY, a Connecticut corporation; and COX ENTERPRISES, INC., WELFARE BENEFITS PLAN,

        Defendant.

CASE NO. 8:14-cv-00324

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation for Dismissal and Satisfaction of Judgment (Filing No. 91) filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Upon consideration and for good cause shown, the Stipulation is granted and it is hereby ordered that the above referenced matter is dismissed with prejudice.

Dated this 18th day of May, 2017.

                                                       s/ Joseph F. Bataillon
                                                       Joseph F. Bataillon
                                                       Senior United States District Judge